Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
cory@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GENTLE, | ) Case No.: 8:26-CV-00475-FWS-DFM |
| | ) |
| Plaintiff, | ) **Notice of Settlement as to Equifax** |
| | ) **Information Services, LLC only** |
| v. | ) |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC.; EQUIFAX INFORMATION | ) |
| SERVICES, LLC; TRANS UNION LLC; and | ) |
| DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff hereby notifies the Court that she and Defendant Equifax Information Services, LLC have settled all claims between them in this matter.  This settlement does not apply to the claims against the other named defendants. Plaintiff will present dismissal documents to the court in an estimated sixty days.  Plaintiff requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED:  June 8, 2026          ____s/ Cory M. Teed_____
                                                        Cory M. Teed
                                                        Attorney for Plaintiff