Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GENTLE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.:  8:26-CV-00475-FWS-DFM<br><br>**Proof of Service** |

I, Nadia Trujillo, declare,

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3130 Bonita Road, Suite 200-B, Chula Vista, CA 91910.

On June 8, 2026, I served the following document(s) described as: **Notice of Settlement as to Equifax Information Services, LLC only** on all interested parties in this action as follows:

//

//

1
Proof of Service

Charlotte Long, Esq.
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Charlotte.long@transunion.com
Attorney for Defendant Trans Union LLC


Thomas N. Abbott, Esq.
Troutman Pepper Locke LLP
100 S.W. Main Street, Suite 1000
Portland, OR 97204
Thomas.abbott@troutman.com
Attorney for Defendant Experian Information Solutions, Inc.


Heliane Fabian, Esq.
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
hfabian@seyfarth.com
Attorney for Defendant Equifax Information Services LLC

[ x ] **By using the CM/ECF System.**


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 8, 2026, at San Diego, California.


_____
Nadia Trujillo

Proof of Service