Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GENTLE, | ) Case No.: 8:26-CV-00475-FWS-DFM |
| | ) |
| Plaintiff, | ) **Stipulation for Dismissal of** |
| | ) **Equifax Information Services, LLC** |
| v. | ) **Only** |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC.; EQUIFAX INFORMATION | ) |
| SERVICES, LLC; TRANS UNION LLC; and | ) |
| DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the undersigned parties hereby stipulate to  dismiss Equifax Information Services, LLC only from this action with prejudice. Each party to bear its own fees and costs.  This dismissal shall not apply to the other defendants.

//

//

//

Stipulation for Dismissal of Equifax Information Services, LLC Only

DATED:  June 12, 2026                    ____s/ Jeremy S. Golden_____
                                         Jeremy S. Golden
                                         Attorney for Plaintiff


DATED:  June 12, 2026                    ____s/ Heliane Fabian_____
                                         Heliane Fabian
                                         Attorney for Defendant


## **ATTESTATION**

    I, Jeremy S. Golden, attest that each of the signatories have concurred in the filing of this document. Executed on June 12, 2026, in San Diego, CA,


                                         ___s/ Jeremy S. Golden_____
                                         Jeremy S. Golden
                                         Attorney for Plaintiff

Stipulation for Dismissal of Equifax Information Services, LLC Only