**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GENTLE, | ) Case No. 8:26-cv-00475-FWS-DFM |
| Plaintiff, | ) |
| | ) **Order Granting Stipulation to Dismiss** |
| v. | ) **Defendant Equifax Information Services,** |
| | ) **LLC [30]** |
| EXPERIAN INFORMATION SOLUTIONS, | ) |
| INC.; EQUIFAX INFORMATION | ) |
| SERVICES, LLC; TRANS UNION LLC; and | ) |
| DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

///

///

///

1

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the Stipulation to Dismiss Defendant Equifax Information Services, LLC (Dkt. 30, "Stipulation"), the court **GRANTS** the Stipulation, and therefore **ORDERS** that Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.  This dismissal does not apply to the other named Defendants in the above-captioned case.

**IT IS SO ORDERED**.

Dated:  June 16, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2