Jeremy S. Golden, Esq. (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GENTLE, | ) Case No.: 8:26-CV-00475-FWS-DFM |
| Plaintiff, | ) **Stipulation for Dismissal of** |
| | ) **Trans Union, LLC Only** |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive, | ) |
| Defendants. | ) |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the undersigned parties hereby stipulate to dismiss Trans Union, LLC only from this action with prejudice. Each party to bear its own fees and costs. This dismissal shall not apply to the other defendants.

//

//

//

1
Stipulation for Dismissal of Trans Union, LLC Only

DATED:  June 25, 2026 　　　　_____s/ Jeremy S. Golden_____

Jeremy S. Golden
Attorney for Plaintiff


DATED:  June 25, 2026 　　　　_____s/Charlotte Long_____

Charlotte Long
Attorney for Defendant


## **ATTESTATION**

I, Jeremy S. Golden, attest that each of the signatories have concurred in the filing of this document. Executed on June 25, 2026, in San Diego, CA,


____s/Jeremy S. Golden_____

Jeremy S. Golden
Attorney for Plaintiff

Stipulation for Dismissal of Trans Union, LLC Only