**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GENTLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:26-cv-00475-FWS-DFM<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF TRANS UNION, LLC ONLY [33]** |

///

///

///

1

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the Stipulation for Dismissal of Trans Union, LLC Only (Dkt. 33, "Stipulation"), the court **APPROVES** the Stipulation, and accordingly **ORDERS** that Plaintiff's claims against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs.  This dismissal does not apply to any of the other named defendants in the above-captioned case.

    **IT IS SO ORDERED**.

Dated:  June 30, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE